

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00564-CV

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION**,
Appellant

v.

Cynthia **VASQUEZ**, Terri Vasquez, Melissa Latimer, Sarah Vasquez, Michael Vasquez, and
Edward Vasquez, as heirs of George Vasquez Jr., Deceased,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06475
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. Costs of this appeal are taxed against Appellant Christus Santa Rosa Health Care Corporation.

SIGNED February 5, 2014.

_____
Patricia O. Alvarez, Justice